IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALESIA CANNON *et al.*, | ) Civil Action No.: 1:19-cv-00877 |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| AUTOMONEY, INC. and | ) |
| AUTOMONEY NORTH, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' MOTION TO DISMISS
## OR, IN THE ALTERNATIVE, TRANSFER VENUE

Defendants AutoMoney, Inc. and Auto Money North LLC (collectively "AutoMoney" or the "Defendants"), by and through the undersigned counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Local Civil Rules 7.2 and 7.3, and 26 U.S.C. § 1404(a), hereby file this Motion to Dismiss or, in the Alternative, Transfer Venue ("Motion").

Under North Carolina conflicts of law rules and principals and the choice-of-law provisions in all agreements after July 17, 2015, the Agreements are exclusively governed by South Carolina law. However, Plaintiffs only assert claims under North Carolina law. Thus, all of Plaintiffs claims must be dismissed for failure to state a claim.

AutoMoney also respectfully asserts that it does not have sufficient contacts with the State of North Carolina such that this Court's exercise of jurisdiction over it would comport with the traditional notions of fair play and substantial justice. AutoMoney does not have any locations in North Carolina or direct any conduct into the State of North Carolina other than to enforce its rights under the Agreements – which are negotiated, executed, and performed in South Carolina. In the alternative to dismissal, AutoMoney asserts that for the convenience of parties and witnesses and in the interests of justice the action should be transferred to the United States District Court for the District of South Carolina.

The basis for this Motion to Dismiss is set forth more fully in the brief filed simultaneously herewith.

Respectfully submitted,

LAW OFFICES OF L.W. COOPER JR. LLC

/s/M. Linsay Allio
M. Linsay Allio
NC State Bar No. 54336
Law Offices of L.W. Cooper Jr., LLC
36 Broad Street
Charleston, SC  29401
Tel: 843.375.6622
Fax: 843.375.6623
Email: mla@lwcooper.com

*Counsel for Defendants*

DATED:  September 6, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, a copy of the foregoing

Defendants' Motion to Dismiss or, in the Alternative, Transfer Venue was served

on counsel for the plaintiffs via the Court's e-file system to:

James R. Faucher
Jeffrey K. Peraldo
BROWN, FAUCHER, PERALDO & BENSON, PLLC
822 N. Elm Street, Suite 200
Greensboro, NC 27401
Tel: 336.478.6000
Fax: 336.273.5597
Email:  james@greensborolawcenter.com
        jeff@greensborolawcenter.com
*Counsel for Plaintiffs*


                              */s/M. Linsay Allio*
                              M. Linsay Allio
                              NC State Bar No. 54336
                              Law Offices of L.W. Cooper Jr., LLC
                              36 Broad Street
                              Charleston, SC  29401
                              Tel: 843.375.6622
                              Fax: 843.375.6623
                              Email: mla@lwcooper.com

                              *Counsel for Defendants*