IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALESIA CANNON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AUTOMONEY, INC. and AUTOMONEY )<br>NORTH, LLC, )<br>)<br>Defendants ) | Civil Action No. 1:19-cv-877 |

## MOTION TO REMAND

NOW COME PLAINTIFFS ALESIA CANNON, et al., through their counsel, and respectfully move the Court, pursuant to 28 U.S.C. § 1447 (c), for an Order remanding this civil action to the North Carolina General Court of Justice, Superior Court Division, for the County of Guilford. In support of their motion, Plaintiffs show unto the Court that the removal of this action by Defendants is improper because the amount in controversy in this civil action does not exceed the sum of $75,000,00.

WHEREFORE, Plaintiffs respectfully move the Court for an Order remanding this civil action to the North Carolina General Court of Justice, Superior Court Division, for the County of Guilford.

1

This is the 6th day of September, 2019.

*/s/ Jeffrey K. Peraldo*
Jeffrey K. Peraldo
N.C. State Bar No. 17556
Attorney for Plaintiffs

**FOR THE FIRM:**

**BROWN, FAUCHER, PERALDO & BENSON, PLLC.**
822 North Elm Street, Suite 200
Greensboro, NC 27401
(336) 458-0058 (telephone)
(336) 273-5597 (facsimile)
jeff@greensborolawcenter.com

## CERTIFICATE OF SERVICE

This is to certify that on September 6, 2019, a copy of the foregoing PLAINTIFFS' MOTION TO REMAND was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Margarete L. Allio (mla@lwcooper.com)

James R. Faucher (james@greensborolawcenter.com)

*Jeffrey K. Peraldo*
Jeffrey K. Peraldo
N.C. State Bar No. 17556
Attorney for Plaintiffs

**FOR THE FIRM:**

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**
822 North Elm Street, Suite 200
Greensboro, NC 27401
(336) 458-0058 (telephone)
(336) 273-5597 (facsimile)
jeff@greensborolawcenter.com